FILED
U.S. DISTRICT COURT
2014 OCT -3 P 1:39
DISTRICT OF UTAH
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. VENTURES LC, a Utah limited liability company, WINSOME INVESTMENT TRUST, an unincorporated Texas entity, ROBERT J. ANDRES and ROBERT L. HOLLOWAY,<br><br>Defendants. | **ORDER APPROVING FEE APPLICATION FOR RECEIVER AND RECEIVER'S COUNSEL FOR SERVICES RENDERED FROM APRIL 1, 2014 TO AUGUST 31, 2014**<br><br>Case No. 2:11CV00099 BSJ<br><br>District Judge Bruce S. Jenkins |

The matter before the Court is the Fee Application for Receiver and Receiver's Counsel for Services Rendered From April 1, 2014 to August 31, 2014 ("Application") filed by R. Wayne Klein, the Court-Appointed Receiver of US Ventures LC, Winsome Investment Trust, and the assets of Robert J. Andres, and Robert L. Holloway on September 23, 2014. The Application came on for hearing on October 1, 2014. David C. Castleberry appeared on behalf of the Receiver, who was also present at the hearing. No objections were submitted in response to the Application or at the hearing held on this matter. The Commodity Futures Trading Commission reviewed the Application, and has no objection to the request for fees and expenses contained in the Application. *See* Notice of Plaintiff Commodity Futures Trading Commission's Non-Objection to Application for Fees and Expenses of the Receiver, Doc. No. 394.

The Court has reviewed the Application and the exhibits submitted in support of the Application, and based thereon and for good cause shown,

{00782435.DOC /}

IT IS HEREBY ORDERED that:

1. The Application for payment of fees and expenses is APPROVED. The fees and expenses incurred by Manning Curtis Bradshaw & Bednar LLC and the Receiver, as set forth in the Application, are reasonable and necessary, and may be paid as an expense of administering the receivership estate.

2. The Receiver is authorized to pay Manning Curtis Bradshaw & Bednar LLC $3,163.37 as reimbursement of expenses paid on behalf of the receivership estate and $86,010.00 in fees for its services rendered for the benefit of the receivership estate from April 1, 2014 through August 31, 2014.

3. The Receiver is authorized to receive $42,322.00 in fees for his services rendered for the benefit of the Receivership Estate from April 1, 2014 through August 31, 2014.

Dated this 3rd day of October, 2014.

BY THE COURT

The Honorable Bruce S. Jenkins
United States District Judge