UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. VENTURES LC, a Utah limited liability company, WINSOME INVESTMENT TRUST, an unincorporated Texas entity, ROBERT J. ANDRES and ROBERT L. HOLLOWAY,<br><br>Defendants. | ORDER APPROVING FEE APPLICATION FOR RECEIVER AND RECEIVER'S COUNSEL FOR SERVICES RENDERED FROM JULY 1, 2016 TO JUNE 30, 2017<br><br>Case No. 2:11CV00099 BSJ<br><br>District Judge Bruce S. Jenkins |

The matter before the Court is the Fee Application for Receiver and Receiver's Counsel for Services Rendered From July 1, 2016 through June 30, 2017 ("Application") filed by R. Wayne Klein (the "Receiver"), the Court-Appointed Receiver of US Ventures LC, Winsome Investment Trust, and the assets of Robert J. Andres, and Robert L. Holloway. No objections were filed in response to the Application.

The Court has reviewed the Application and the exhibits submitted in support of the Application, and based thereon and for good cause shown,

IT IS HEREBY ORDERED that:

1. The Application for payment of fees and expenses is APPROVED. The fees and expenses incurred by Manning Curtis Bradshaw & Bednar PLLC and the Receiver, as set forth in the Application, are reasonable and necessary, and may be paid as an expense of administering the receivership estate.

2. The Receiver is authorized to pay Manning Curtis Bradshaw & Bednar PLLC $150.49 as reimbursement of expenses paid on behalf of the receivership estate and $20,718.75 in fees for its services rendered for the benefit of the receivership estate from July 1, 2016 through June 30, 2017.

3. The Receiver is authorized to receive $17,718.00 in fees for his services rendered for the benefit of the Receivership Estate from July 1, 2016 through June 30, 2017.

Dated this \_\_\_\_\_ day of _____, 2017.

**BY THE COURT**

_____
The Honorable Bruce S. Jenkins
United States District Judge