# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Patti Walker
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 2:11cv00099

US Commodity Futures Trading Com v. US Ventures et al

Approved By:_____

## APPEARANCE OF COUNSEL

Pla    David C. Castleberry - Wayne Klein

DATE: 08/09/2018   Time Start: 1:30 p.m. to Time 1:50 p.m.

MATTER SET: Motion [497] re: Fee Application for Receiver and Receiver's Counsel for Services Rendered from July 1, 2017 through June 30, 2018

DOCKET ENTRY:

    Counsel present for Receiver.
    After hearing from counsel, the Court noted the absence of objections and GRANTED the application.

    Mr. Castleberry is to prepare and submit an order.